**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Civil Action No. 12-cv-02206-RPM-CBS*

RIA LEVIDY, an individual,

    Plaintiff,

v.

NORTH AMERICAN VAN LINES, INC., a Delaware corporation,

    Defendant.

## ORDER

    THIS MATTER is before the Court on the parties Stipulation for Dismissal with Prejudice,

    THE COURT, having reviewed the Stipulation for Dismissal with Prejudice, the file, and otherwise being fully advised in the premises,

    HEREBY ORDERS, that this matter be dismissed with prejudice, with each party to bear its own costs and attorneys fees.

    ORDERED this 19th day of February, 2013.

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior District Judge